UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. CV F 12-1843 LJO MJS |
| Plaintiff, | **ORDER AFTER SETTLEMENT** |
| vs. | (Doc. 13.) |
| DOLORES B. GOMEZ, et al., | |
| Defendants. | |

Plaintiff's counsel notified this Court that settlement has been reached among all parties as to all claims. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than April 19, 2013,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

This Court VACATES all pending matters and dates, including the May 24, 2013 hearing on plaintiff's motion to strike affirmative defenses and July 18, 2013 scheduling conference.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272. This Court ADMONISHES the parties and counsel that they must obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

Dated:   March 13, 2013            /s/  Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE