1

**Thomas P. Riley, SBN 194706**
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
**First Library Square**

2

**1114 Fremont Avenue**
**South Pasadena, CA 91030-3227**

3

4

**Tel:  626-799-9797**
**Fax: 626-799-9795**

5

**TPRLAW@att.net**

6

**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

7

8

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

9

10

**J & J SPORTS PRODUCTIONS, INC.,**

11

**Plaintiff,**

12

**vs.**

13

**DOLORES B. GOMEZ, et al.,**

14

15

**Defendants.**

16

**CASE NO. 1:12-cv-01843-LJO-MJS**

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT DOLORES B. GOMEZ and EVERARDO O. GOMEZ, individually and d/b/a EL SARAPE RESTAURANT**

17        **IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS,

18    INC. and Defendants DOLORES B. GOMEZ and EVERARDO O. GOMEZ, individually and d/b/a

19    EL SARAPE RESTAURANT, that the above-entitled action is hereby dismissed **without prejudice**

20    against DOLORES B. GOMEZ and EVERARDO O. GOMEZ, individually and d/b/a EL SARAPE

21    RESTAURANT, and subject to the Court's jurisdiction to enforce the settlement agreement reached

22    between the Parties.

23        **IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion

24    to reopen this action by April 28, 2013, this Court shall *not* have jurisdiction to set aside the dismissal

25    and the dismissal shall be deemed to be **with prejudice**.

26    ///

27    ///

///

28

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).  Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: March 13, 2013          *s/ Thomas P. Riley*
                               **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                               By:  Thomas P. Riley
                               Attorneys for Plaintiff
                               J & J SPORTS PRODUCTIONS, INC.

Dated:  March 20, 2013         *s/ Kathleen M. Phillips-Vieira, Esquire*
                               **PHILLIPS LAW**
                               By: Kathleen M. Phillips-Vieira, Esquire
                               Attorneys for Defendant
                               DOLORES B. GOMEZ and EVERARDO O. GOMEZ,
                               individually and
                               d/b/a EL SARAPE RESTAURANT

### ORDER

This Court ENTERS this order on the parties' stipulation and DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:    **April 12, 2013**              **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE

**STIPULATION OF DISMISSAL**
**CASE NO. «CaseNo»**
**PAGE 2**