Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>DOLORES B. GOMEZ, et al.,<br><br>Defendants. | CASE NO. 1:12-cv-01843-LJO-MJS<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT DOLORES B. GOMEZ and EVERARDO O. GOMEZ, individually and d/b/a EL SARAPE RESTAURANT |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants DOLORES B. GOMEZ and EVERARDO O. GOMEZ, individually and d/b/a EL SARAPE RESTAURANT, that the above-entitled action is hereby dismissed **without prejudice** against DOLORES B. GOMEZ and EVERARDO O. GOMEZ, individually and d/b/a EL SARAPE RESTAURANT, and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by April 28, 2013, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice**.

///

///

///

STIPULATION OF DISMISSAL
CASE NO. «CaseNo»
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: March 13, 2013            *s/ Thomas P. Riley*
                                 **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                 By: Thomas P. Riley
                                 Attorneys for Plaintiff
                                 J & J SPORTS PRODUCTIONS, INC.

Dated: March 20, 2013            *s/ Kathleen M. Phillips-Vieira, Esquire*
                                 **PHILLIPS LAW**
                                 By: Kathleen M. Phillips-Vieira, Esquire
                                 Attorneys for Defendant
                                 DOLORES B. GOMEZ and EVERARDO O. GOMEZ,
                                 individually and
                                 d/b/a EL SARAPE RESTAURANT

### ORDER

This Court ENTERS this order on the parties' stipulation and DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:  **April 12, 2013**                    **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE